FILED

2022 JUN -7 PM 4:23

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

Clerk of Courts
Jacksonville Fl
(Law Books not available less your (PRO-SE))

2:22-CV-352-SPC-MRM

TO WHOM IT MAY CONCERN

PLEASE RETURN A COPY OF LETTER PLEASE

William W. Roberts am detained at Desoto County Jail F/A about 2½ years I have filed at the Clerk of Court of Desoto Co. 6 or more time motion for Discovery No Reponce

I need help please

(Questions) I am writing them wrong

1. What is Memorandum of Law?

2. What is the state law - rule - statute for compelling Discovery in full context

3. ~~scribbled out~~ (g.)

4. I had a paid attorney he quit the judge let him keep my money - at the time ~~scribbled~~ I did not ask for my report / discovery or private investigator report
   ⓑ Public Defender will not give all to me the court ruled to pay ½ of the (PI) I was indigent at the time the rest was paid though me Public Defender VF Radley said they will give to me not on paper
   What is statute for that please or ruleing PI work I paid for.

Thank you   Detainee William Roberts #21700
                              Desoto Jail
142019-CF-000542           208 East Cypress St.
CASE #                     Arcadia Fl 34266